UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **NO. 3:07CR-10-04-R** |
| **MARILYN RAINEY** | **DEFENDANT** |

### ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT
### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter came before the Court on July 12, 2007, for arraignment on the Second Superseding Indictment. The United States was represented by Bryan Calhoun, Assistant United States Attorney. The Defendant, Marilyn Rainey, present and in custody, with Daniel Alvarez, CJA appointed counsel. The hearing was recorded by Alan Wernecke, official court reporter. The Defendant was furnished a copy of the Second Superseding Indictment. Counsel, on behalf of the Defendant, acknowledged her identity, waived formality of arraignment, and entered pleas of **not guilty.**

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The Defendant appeared in open court on July 12, 2007, and entered pleas of guilty as to Counts 1 and 2 of the Second Superseding Indictment pursuant to an open plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 and 2 of the Second Superseding Indictment, and that the offenses charged were supported by an

independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommend's that the pleas of guilty be accepted, and that the Defendant be adjudged guilty as to counts one and two in the Second Superseding Indictment and have sentence imposed accordingly. Sentencing is hereby scheduled for **October 15, 2007 at 12:30 p.m.** before the Honorable Thomas B. Russell, United States District Judge.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so. The defendant shall be **remanded** to the custody of the United States Marshal..

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

| 30 |